# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Harley−Davidson Motor Company, Inc.

                      Plaintiff,

v.

Case No.: 1:24−cv−00012

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

    MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 6/10/2024. Attorney Weisun Rao's Motion to withdraw as Attorney for Defendant Shandong Xinhuizhan Trade Co., Ltd. [96] is granted. Plaintiff's Motion to Compel [92] is moot based upon Attorney's Rao's withdrawal as Counsel for Defendant Shandong Xinhuizhan Trade Co., Ltd. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.